RECEIVED
AUG 17 2015
U.S. District Court
Eastern District of MO

FILED
AUG 17 2015
U.S DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court
Eastern Division of Miss.
Eastern Division

Case NO: 4:14CV1140 JCH

Carl J. Walker-Bey,          ) RE: Motion
     Planitiff               ) Rule #55
                             ) Default Judgment
VS.                          )
                             )
Andrew Moore                 )

## Rule #55 Default Judgment

Comes now Planitiff, (Pro Se litigant) Walker-Bey humbuly asks this honorable Court to consider this Motion for Default Judgment..

Defendant A. Moore while employed at the St. Louis County Justice Center did operate in his official and personal capacity in a culpable mind state did infact violate this Petitioners Constitution Rights. Furthermore the defendant has not made any attempt to comply with any of the Courts orders. Defendant A. Moore has not made an attempt to defend plea, and has failed to appear before this honorable Court. And has shown lack of participation in this case.. This Petitioner humbly asks for an order entry of default and default Judgment.

Suppourting Documents are;

The original complaint 42 U.S.C.@ 1983 Writ, Summary Judgment.

I, Carl J. Walker-Bey, petitioner humbly asks this honorable court to grant an entry of default and default judgment and all monetary currency ask for..

Thank you..

Submitted Respectfully,
Carl J. Walker-Bey
C. J. Walker-Bey
Dated 8/14/15